IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CYNTHIA MARIE DIETRICH,** | : | CIVIL ACTION NO. 3:19-CV-1904 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant | : | |

**ORDER**

AND NOW, this 19th day of November, 2020, upon consideration of the report (Doc. 17) of Magistrate Judge Gerald B. Cohn, recommending that we deny plaintiff Cynthia Marie Dietrich's appeal from the decision of the administrative law judge ("ALJ") denying her application for disability insurance benefits, and the court noting that Dietrich filed objections (Doc. 18) to the report, see FED. R. CIV. P. 72(b), and the Commissioner of Social Security filed a response (Doc. 19) thereto, and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), the court agreeing with Judge Cohn that the ALJ's decision "is supported by substantial evidence," 42 U.S.C. § 405(g), a standard of review that the Supreme Court of the United States recently reiterated "is not high," Biestek v. Berryhill, 587 U.S. ___, 139 S. Ct. 1148, 1154 (2019), and the court finding the report's analysis to be thorough, well-reasoned,

and fully supported by the record, and finding Dietrich's objections to be without merit and squarely and correctly addressed by the report, it is hereby ORDERED that:

1. The report (Doc. 17) of Magistrate Judge Cohn is ADOPTED.

2. The decision of the Commissioner denying Dietrich's application for disability insurance benefits is AFFIRMED.

3. The Clerk of Court shall enter judgment in favor of the Commissioner and against Dietrich as set forth in paragraph 2.

4. The Clerk of Court shall thereafter CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania